**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Red Lion Medical Safety, Inc., *et al.*<br><br>                                     Plaintiffs,<br><br>-against-<br><br>General Electric Company, *et al*.<br><br>                                     Defendants. | Civil Action No. 2:15-cv-308-RWS<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

Plaintiffs Red Lion Medical Safety, Inc., *et al.*[1] and Defendants General Electric Company, *et al.*[2] hereby stipulate and agree that Plaintiffs' Claims for Relief set forth in the Second Amended Complaint, solely as those claims relate to servicing diagnostic imaging equipment, shall be dismissed without prejudice. The parties agree that they shall bear their own respective attorneys' fees and costs with respect to these claims.

---

[1] Red Lion Medical Safety, Inc., Universal Medical Services, Inc., Metropolitan Medical Services of NC, Inc., Biomedical Concepts, Anesthesia Services, Inc., Diversified Anesthesia, LLC, d/b/a Diversified Anesthesia, Paragon Service, Bay State Anesthesia, Inc., POPN, Inc., Individually and as Successor in Interest to Penn Biomedical Support, Inc., Gasmedix, LLC, West Coast Anesthesia Specialists, Inc., Gulfstream Anesthesia Service Inc. (d/b/a Doctor's Depot), Palo Verde Medical Consultants, LLC, Medical Application Repair and Sales, LLC, Heartland Medical Sales & Services, LLC, SAS Acquisitions, Inc., DBA Anesthesia Specialties, Trinity Biomedical Solutions, Inc.

[2] General Electric Company, GE Healthcare a unit of General Electric Company, GE Technology Infrastructure, a unit of General Electric Company, and Datex-Ohmeda, a unit of General Electric Company.

Dated: March 13, 2017

**MCKOOL SMITH, P.C.**

*s/ Samuel F. Baxter*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

John C. Briody
jbriody@mckoolsmith.com
Radu A. Lelutiu
rlelutiu@mckoolsmith.com
James H. Smith
jsmith@mckoolsmith.com
Dana E. Vallera
dvallera@mckoolsmith.com
**MCKOOL SMITH, P.C.**
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Colleen E. Bloss
cbloss@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-6380
Telecopier: (214) 978-4044

Paul F. Ferguson, Jr.
cferguson@thefergusonlawfirm.com
**THE FERGUSON LAW FIRM**
350 Pine Street, Suite 1440
Beaumont, Texas 77701
Telephone: (409) 832-9700
Telecopier: (409) 832-9700

Paul Bartlett, Jr.
paul@paulbartlettjr.com
203 Zornia Drive
San Antonio, Texas 78213
Telephone: (210) 341-6703
Telecopier: (210) 525-8011

*ATTORNEYS FOR PLAINTIFFS*

**LYNN, PINKER, COX & HURST, LLP**

*s/Christopher J. Schwegmann*
John T. Cox III
Texas Bar No. 24003722
tcox@lynnllp.com
Christopher J. Schwegmann
Texas Bar No. 24031515
cschwegmann@lynnllp.com
Christopher Patton
Texas Bar No. 24083634
cpatton@lynnllp.com
Ben E. Barnes
Texas Bar No. 24092085
bbarnes@lynnllp.com
**LYNN, PINKER, COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Telecopier: (214) 981-3839

Of Counsel
Jonathan I. Gleklen
Jonathan.Gleklen@apks.com
Matthew M. Wolf
Matthew.Wolf@apks.com
Ryan Z. Watts
Ryan.Watts@apks.com
**ARNOLD & PORTER KAY SCHOLER**
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Telecopier: (202) 942-5999

*ATTORNEYS FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via electronic mail on this the 13th day of March, 2017.

*/s/ Radu A. Lelutiu*