# EXHIBIT D

| | |
|---|---|
| **From:** | Reyes, Guillermo (GE Healthcare) |
| **Sent:** | Friday, February 18, 2011 5:53 PM |
| **To:** | Temme, Jennifer (GE Healthcare); Poole, Kevin L (GE Healthcare); Thornton, John M (GE Healthcare); Torres, Reggie (GE Healthcare); Strzelczyk, Cindy (GE Healthcare) |
| **Subject:** | Winback/New Business Campaign |

Thanks for your time today. The only deliverable for now is to provide list of targets **with contact info by March 4th** (pick from Winback_Campaign_Feb17). Also let me know if you'd like a training on how to use the ROI tools and or review contract options. Attached is the presentation we reviewed today. Attached are the two ROI excel tools I talked about (one that compares direct parts purchase vs IH Parts, and the other compares Limited or PM to 3rd party). Also included are the pdfs of the campaign that would be sent to the customers you picked.

      

Anesthesia Winback Campa...    Winback_NewB...    Winback_New_B...    Winback_Camp...    IH_Parts_Calcula...    ASC_Calculator_...    AP Limited Spec Sheet.pdf

RED LION MEDICAL SAFETY, INC. ET AL., v. GENERAL ELECTRIC COMPANY ET. AL., Case No. 2:15-CV-00308-RWS (JRG)

**PX-0673**

Confidential     EDC0034602

# GE Healthcare

[Customer Name],

# Has your anesthesia machine been inspected recently?

When it comes to Risk Level 1 equipment, your patients and your hospital's reputation demand equipment that performs flawlessly, according to OEM standards. You can't afford downtime, mishaps, or service shortcuts. That's why we want to provide you with a quality assurance inspection performed by a GE field engineer. We'll work with you to assess whether your GE Healthcare anesthesia system is performing to established OEM specifications.*

Request a quality assurance assessment today.

call [GE contact name] at [phone number] today.



imagination at work

Confidential

EDC0034603

## High-risk situations call for reliable equipment. Before signing a service agreement not backed by GE Healthcare, ask these questions:

1. Do you have access to training on the specific equipment you are servicing?
2. Do you use current service documentation and methods recommended to service and maintain Risk Level 1 equipment?
3. Do you use genuine, OEM replacement parts?
4. Are repair parts also included in the contract, not just maintenance parts?
5. Are service calls included in the contract?
6. Will my field engineer have an emergency/vacation backup, and are these people close to my facility?
7. Do you use calibrated test equipment?

If you choose AssurePoint™ Services from GE Healthcare, the answer to all of these questions is "yes." That's the level of confidence you need for equipment in high-risk applications like anesthesia.



©2010 General Electric Company – All rights reserved.
GE and GE Monogram are trademarks of General Electric Company.
AssurePoint is a trademark of General Electric Company.
GE Healthcare, a division of General Electric Company

Confidential                                                                                                    EDC0034604

# GE Healthcare



## High-risk situations call for assured equipment performance.

### Has your anesthesia equipment been inspected recently?

«Customer Name/Hospital Name»

When it comes to Risk Level 1 equipment, your patients and your hospital's reputation demand equipment that performs flawlessly, according to OEM standards. You can't afford downtime, mishaps, or service shortcuts. That's why we want to provide you with a quality assurance inspection performed by a GE field engineer. We'll work with you to assess whether your GE Healthcare anesthesia system is performing to established OEM specifications.*

**GE Healthcare Service provides:**

**Quick response times:** With more than 160 field service engineers, the GE Healthcare service force is among the largest in the industry, so you can count on having a local expert ready to anticipate or resolve your problem quickly.

**Technical expertise:** GE Healthcare field service engineers have an average of 12 years of experience servicing and repairing anesthesia systems, giving you a high level of expertise you need for equipment used in high-risk situations.

**Clinical and technical education:** By helping your staff learn how to better operate, maintain, and repair anesthesia equipment, GE Healthcare also is helping you ensure patient safety and improve healthcare delivery.

**People who care:** Customers tell us that our field engineers have become "part of the family." In fact, survey results show that 96% of anesthesia system customers would recommend GE Healthcare service to a colleague.

Request a quality assurance inspection today.
Call (GE contact name) at (phone number).

«Hospital Name»

Contact
«Service Source Contact Name»
at «Service Source Contact Phone»



imagination at work

©2010 General Electric Company – All rights reserved.
GE and GE Monogram are trademarks of General Electric Company.
GE Healthcare, a division of General Electric Company

*If requested, your field engineer can provide a written estimate for recommended repairs or other service based on the results of the quality assurance inspection.

Confidential    EDC0034605

# Q1 LSS Winback



- Direct Mail with promo offer, via Fedex
    - Free Quality Assurance Inspection
    - Special trial offer if they sign a service agreement or discount on Time and Materials
        - Main Theme: "Is your equipment up to standard?"
- Also providing ROI tool to show the value of our service agreements
- Aimed at cust. With 3rd parties orInhouse
- Pick 30 targets
- Target for Inspection: Primarily Chief CRNA, OR Manager or Risk Manager, secondarily: Biomed Dir.
- Target for ROI tool: Biomed Dir

1 /
9/12/2016

# List Details

| Site Id | DoS | Installed at Customer Number | Installed at Customer Name | Address | City | State | Zipcode | Total non EOL LSS assets | Active Contract? | Field NCR Billings last 12 months | FE | Last contract expiration date | Last contract total revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1223162 | BILL FEURT | 295197 | S CENTRAL KANSAS REG | 216 W BIRCH | ARKANSAS CITY | KS | 67005 | 5 | No | 254 | KIMBERLY GORMAN | 04/30/10 | 15,764 |
| 1233821 | BILL FEURT | 73989 | ADVOCATE ILLINOIS MAS | 927 W NELS | CHICAGO | IL | 60657 | 15 | No | 22,875 | DANIEL ARNOLD | | |
| 1280738 | BILL FEURT | 483420 | SUMMIT SURGICAL | 1818 E 23 | HUTCHINSON | KS | 67502 | 5 | No | 375 | BRUCE DAVIS | 05/31/08 | 1,986 |
| 1418947 | BILL FEURT | 536079 | RIDGEWOOD SURGERY & | 4013 N RIDG | WICHITA | KS | 67205 | 2 | No | | KIMBERLY GORMAN | | |
| 1234579 | BILL FEURT | 487994 | RAWLINS COUNTY HEAL | 707 GRANT S | ATWOOD | KS | 67730 | 1 | No | | BRUCE DAVIS | | |
| 1234961 | BILL FEURT | 458206 | HUTCHINSON HOSPITAL | 1701 E 23RD | HUTCHINSON | KS | 67502 | 10 | No | | BRUCE DAVIS | | |
| 1233820 | BILL FEURT | 73989 | ADVOCATE ILLINOIS MAS | 836 W WELL | CHICAGO | IL | 60657 | 1 | No | | DANIEL ARNOLD | 09/30/07 | 22,839 |
| 1247357 | BILL FEURT | 201626 | NORTHWESTERN MEMOR | 715 N SAINT | CHICAGO | IL | 60611 | 34 | No | 14,862 | DANIEL ARNOLD | 09/30/07 | 17,929 |
| 1223162 | BILL FEURT | 295197 | S CENTRAL KANSAS REG | 216 W BIRCH | ARKANSAS CITY | KS | 67005 | 5 | No | 254 | KIMBERLY GORMAN | 04/30/10 | 15,764 |
| 1418947 | BILL FEURT | 536079 | RIDGEWOOD SURGERY & | 4013 N RIDG | WICHITA | KS | 67205 | 2 | No | | KIMBERLY GORMAN | | |
| 1234761 | DARBY LANGWORTHY | 463380 | INOVA FAIRFAX HOSPITA | 3300 GALLOW | FALLS CHURCH | VA | 22042 | 391 | No | | JOHN GLANDER | | |
| 1233857 | DARBY LANGWORTHY | 452822 | CHILDREN'S HOSPITAL O | 219 BRYANT | BUFFALO | NY | 14222 | 14 | No | | DAVID PAVLOFF | | |
| 1229960 | DARBY LANGWORTHY | 458596 | ROBERT WOOD JOHNSON | 1 ROBERT W | NEW BRUNSWICK | NJ | 08901 | 78 | No | 536 | SHAUN BRAXTON | 07/31/07 | 8,937 |
| 1234319 | DARBY LANGWORTHY | 203980 | BUFFALO GENERAL HOSP | 100 HIGH ST | BUFFALO | NY | 14203 | 467 | No | | DAVID PAVLOFF | 02/28/07 | 14,249 |
| 1219789 | DARBY LANGWORTHY | 455255 | CAPITAL HEALTH SYSTEM | 750 BRUNSW | TRENTON | NJ | 08638 | 31 | No | | ROBERT CARTER | 08/31/08 | 993 |
| 1227705 | DARBY LANGWORTHY | 69689 | TEMPLE UNIV HEALTH SY | 3401 N BROA | PHILADELPHIA | PA | 19140 | 11 | No | | OUMAR TRAORE | 12/31/08 | 2,568 |
| 1219790 | DARBY LANGWORTHY | 455255 | CAPITAL HEALTH SYSTEM | 446 BELLEVU | TRENTON | NJ | 08608 | 73 | No | | ROBERT CARTER | 08/31/08 | 13,902 |

| Installed at Customer Name | ABU | AESPIRE 7100 | Aespire 7900 | Aestiva 3000 | AESTIVA 7100 | AESTIVA 7900 | AESTIVA MRI | AISYS | AM | ASI CAM | AVANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUFFALO GENERAL HOSPITAL | 330 | | | | | 36 | 1 | | 29 | | |
| NOVA FAIRFAX HOSPITAL | | | | | | | 1 | | 58 | 6 | |
| MARY HITCHCOCK MEMORIAL HOSP | 27 | | | | 2 | 1 | | | 65 | 1 | |
| PRESBYTERIAN HOSPITAL DALLAS | | | 6 | 7 | 3 | 31 | 4 | | 25 | | 5 |
| NORTH CAROLINA BAPTIST HOSP | | | | 12 | | 33 | | | 16 | | |
| BEAUMONT SERVICES CO | 1 | | | | | | | | 28 | | |
| TAMPA GENERAL HOSPITAL | | | | 2 | | 32 | 2 | 66 | 5 | | |
| LONG BEACH MEMORIAL MED CTR | | | | | | | 3 | | 17 | | 109 |
| CHRIST HOSPITAL | 36 | | | | | | | | 3 | | |
| ST JOHNS MERCY MEDICAL CTR | | | | 6 | | 9 | 1 | 22 | 13 | 5 | |
| WASHINGTON HOSPITAL CENTER | 34 | | | | | | | 10 | 28 | | |
| ST ELIZABETH MED CTR SOUTH | | | | 7 | 10 | 13 | 1 | | 14 | | |
| HCA MEDICAL CITY DALLAS HOSP | | | | 19 | | 27 | 1 | 1 | 24 | 7 | |
| HARRIS METHODIST HOSPITAL | 68 | | | | | 2 | 1 | | 34 | | |
| LANCASTER GENERAL HOSPITAL | 6 | 1 | 2 | | | 16 | 1 | | 31 | 1 | 15 |

imagination at work



# ROI Tool





Confidential EDC0034608

## The Offerings



**3 CONTRACT PLANS TO OFFER…**

**AssurePoint – PM**

**AssurePoint – LIMITED**

**Inhouse Parts**

**1 HBS to offer**

Confidential

EDC0034609

**Contract Offerings**

# AssurePoint Limited -*NEW!!!*



*Includes:*

- Similar to Standard/CSA (Includes: PMs & Repair - both labor and parts)

- But…Provides a <u>fixed</u> number of onsite corrective repair service events per year <u>**AND**</u> unlimited phone Tech Support
  - Determined by the # of equipment being covered

- Anything above designated # of events will be charged HBS
  - 20% discount off labor rates and parts list rates

- Customer has 30 days to notify GE Healthcare in writing that it does not wish the visit to be considered as "designated" and pays the charge as HBS

- Subsequent onsite attempts to fix previously diagnosed problems are considered part of the same Designated Service Event

# Contract Offerings

## AssurePoint Limited -NEW!!!

*Con't:*

- Coverage hours 8-5 (which means PM 8-5, repairs 8-5)

- Unused events can not rollover during term of the contract

- FE Onsite response time: within 24 hrs.

- No loaner for monitor/module

- No solution time guarantee

- Priced at ~20% less than CSA/Standard

**Contract Offerings**

# AssurePoint – PM

*Includes:*



- **This on-site support program provides preventive maintenance and technical support. Offered 8 a.m. – 5 p.m. Covers the selected Preventive Maintenance appointments including:**

- **Service Labor:** Planned Maintenance Labor and parts is included in the agreement, coverage is available in the 8-5 timeframe. Including Travel

- **Priority Technical Support:** 24/7 Priority technical phone support. Priority technical support means that because you're a valuable contract customer, you'll be placed in a higher priority queue for a faster response

- **Software Updates:** Features software updates and error correction. Does not include software upgrades that provide up-to-date functionality or feature enhancements

Confidential                                                                                                               EDC0034612

# Winback/New Business

## GE Advantage…Give Us A Try

*Includes:*

*Option 1:*

- AP Limited
- AP PM
- AP Inhouse

*Option 2:*

- If no HBS and no contract, you can offer HBS for the same price of the contract…

Confidential
EDC0034613

## ASSUREPOINT LIMITED-SCHEDULE A

| Number of devices on agreement | Number of designated onsite repair events per year | Number of devices on agreement | Number of designated onsite repair events per year | Number of devices on agreement | Number of designated onsite repair events per year |
|---|---|---|---|---|---|
| 1 | n/a | 34 | 12 | 68 | 24 |
| 2 | n/a | 35 | 12 | 69 | 24 |
| 3 | 1 | 36 | 13 | 70 | 24 |
| 4 | 1 | 37 | 13 | 71 | 25 |
| 5 | 2 | 38 | 13 | 72 | 25 |
| 6 | 2 | 39 | 14 | 73 | 25 |
| 7 | 2 | 40 | 14 | 74 | 26 |
| 8 | 3 | 41 | 14 | 75 | 26 |
| 9 | 3 | 42 | 15 | 76 | 26 |
| 10 | 3 | 43 | 15 | 77 | 27 |
| 11 | 4 | 44 | 15 | 78 | 27 |
| 12 | 4 | 45 | 16 | 79 | 27 |
| 13 | 5 | 46 | 16 | 80 | 28 |
| 14 | 5 | 47 | 16 | 81 | 28 |
| 15 | 5 | 48 | 17 | 82 | 29 |
| 16 | 6 | 49 | 17 | 83 | 29 |
| 17 | 6 | 50 | 17 | 84 | 29 |
| 18 | 6 | 51 | 18 | 85 | 30 |
| 19 | 7 | 52 | 18 | 86 | 30 |
| 20 | 7 | 53 | 18 | 87 | 30 |
| 21 | 7 | 54 | 19 | 88 | 31 |
| 22 | 8 | 55 | 19 | 89 | 31 |
| 23 | 8 | 56 | 19 | 90 | 31 |
| 24 | 8 | 57 | 20 | 91 | 32 |
| 25 | 9 | 58 | 20 | 92 | 32 |
| 26 | 9 | 59 | 21 | 93 | 32 |
| 27 | 9 | 60 | 21 | 94 | 33 |
| 28 | 10 | 61 | 21 | 95 | 33 |
| 29 | 10 | 62 | 22 | 96 | 33 |
| 30 | 10 | 63 | 22 | 97 | 34 |
| 31 | 11 | 64 | 22 | 98 | 34 |
| 32 | 11 | 65 | 23 | 99 | 34 |
| 33 | 11 | 66 | 23 | 100 | 35 |
|  |  | 67 | 23 | 101 | 35 |

**PRODUCED IN NATIVE FORMAT**

Confidential
EDC0034615

PRODUCED IN NATIVE FORMAT

Confidential
EDC0034616

**PRODUCED IN NATIVE FORMAT**

Confidential

EDC0034617

GE Healthcare

# AssurePoint™ Limited

Service specifications for Anesthesia

| Service features | Anesthesia |
|---|---|
| Onsite coverage hours | 8 AM – 5 PM |
| Onsite response time | 24 hours |
| Planned maintenance | 1 – 4 visits annually |
| Planned maintenance labor | Included |
| Planned maintenance parts | Included |
| Repair labor | Included, but only for the number of designated events* |
| Repair parts | Included, but only for the number of designated events* |
| Parts delivery | 24 hours |
| Technical phone support | 24x7 |
| Technical phone support response time | 1 hour |
| Clinical applications phone support | 8 AM – 5 PM, CST |
| InSite™ remote diagnostic service | N/A |
| Repair depot | Included, but only for the number of designated events* |
| Software updates | Included |
| Travel, mileage, expenses | Included |

| Additional product offerings | Anesthesia |
|---|---|
| Clinical refresher training | √ |
| Technical training | √ |
| Onsite repair parts kit | √ |
| Onsite leased anesthesia machine/monitor | √ |
| Hardware upgrades | √ |
| Monitor/module loaner | √ |
| Next day repair guarantee | √ |
| Independently licensed software modules | √ |
| Environmental testing | √ |
| Vaporizer efficacy test | √ |

\* Number of designated events depend on the number of assets included in the contract. For more information, please refer to the Statement of Deliverables, Schedule A

This Specification Sheet is intended to be an overview of the deliverables included with the AssurePoint Limited offering. For further details including exceptions/exclusions, please consult the terms and conditions of the specific service offering.

Call (800) 558 7044 to speak to a GE Healthcare service sales representative today.



Confidential  EDC0034618

© 2010 General Electric Company – All rights reserved.

General Electric Company reserves the right to make changes in specification and features shown herein, or discontinue the product described at any time without notice or obligation. Contact your GE representative for the most current information.

GE and GE Monogram are trademarks of General Electric Company.

AssurePoint and InSite are trademarks of General Electric Company.

GE Medical Systems Information Technologies, Inc., a General Electric company, doing business as GE Healthcare.

## About GE Healthcare

GE Healthcare provides transformational medical technologies and services that are shaping a new age of patient care. Our broad expertise in medical imaging and information technologies, medical diagnostics, patient monitoring systems, drug discovery, biopharmaceutical manufacturing technologies, performance improvement and performance solutions services help our customers to deliver better care to more people around the world at a lower cost. In addition, we partner with healthcare leaders, striving to leverage the global policy change necessary to implement a successful shift to sustainable healthcare systems.

Our "healthymagination" vision for the future invites the world to join us on our journey as we continuously develop innovations focused on reducing costs, increasing access and improving quality around the world. Headquartered in the United Kingdom, GE Healthcare is a unit of General Electric Company (NYSE: GE). Worldwide, GE Healthcare employees are committed to serving healthcare professionals and their patients in more than 100 countries. For more information about GE Healthcare, visit our website at www.gehealthcare.com.

GE Healthcare
9900 Innovation Drive
Wauwatosa, WI 53226
U.S.A.

www.gehealthcare.com



Confidential                                                                                                                           EDC0034619