**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Red Lion Medical Safety, Inc., *et al.* <br><br> Plaintiffs, <br><br> - against - <br><br> General Electric Company, *et al*. <br><br> Defendants. | Civil Action No. 2:15-cv-308-RWS |

## ORDER

Pending before the Court is a Joint Agreed Motion to Extend Certain Deadlines (the "Motion"). After considering the Motion, and all other matters properly before the Court, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that the following deadlines are revised as follows:

| Deadline | Revised Date |
|---|---|
| Replies in Support of Post-Trial Motions | July 14, 2017 |
| Sur-Replies in Support of Responses | July 28, 2017 |

**SIGNED this 10th day of July, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE