# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RED LION MEDICAL SAFETY, INC., *et al.*<br><br>Plaintiffs,<br><br>-v-<br><br>GENERAL ELECTRIC COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 2:15-cv-308-RWS<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE

McKool Smith, P.C. ("McKool"), respectfully moves to withdraw the appearance of Colleen Bloss as counsel for Plaintiffs in the above-styled case. Ms. Bloss, an Associate with McKool, has left the firm.  McKool has consulted with attorneys for Defendants about this motion, and they consent to its filing.  McKool will remain as counsel for the Plaintiffs.

Dated:  November 2, 2018              Respectfully submitted,

*/s/  Sam Baxter*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John C. Briody
jbriody@mckoolsmith.com
Radu A. Lelutiu
rlelutiu@mckoolsmith.com
James H. Smith

jsmith@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Paul F. Ferguson, Jr.
cferguson@thefergusonlawfirm.com
THE FERGUSON LAW FIRM
350 Pine Street, Suite 1440
Beaumont, TX
Telephone: (409) 832-9700
Facsimile: (409) 832-9700

Paul Bartlett, Jr.
paul@paulbartlettjr.com
203 Zornia Drive
San Antonio, Texas 78213
Telephone: (210) 341-6703
Facsimile: (210) 525-8011

Nina Cortell
nina.cortell@haynesboone.com
Anne Johnson
anne.johnson@haynesboone.com
Ryan Paulsen
ryan.paulsen@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on this the 2nd day of November, 2018.  Local Rule CV-5(a)(3)(A).

*/s/ Sam Baxter*
