# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RED LION MEDICAL SAFETY, INC., *et al.* <br><br> Plaintiffs, <br><br> -v- <br><br> GENERAL ELECTRIC COMPANY, *et al.* <br><br> Defendants. | Civil Action No. 2:15-cv-308-RWS <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Plaintiffs Red Lion Medical Safety, Inc. ("Red Lion"): Carson Young, State Bar No. 24106613, of McKool Smith PC, 300 Crescent Court, Suite 1500 Dallas, TX 75201, Telephone (214) 978-4000, Fax (214) 978-4044, E-mail: cyoung@mckoolsmith.com. Mr. Young is currently admitted to practice in the Eastern District of Texas.

Dated:  November 5, 2018          Respectfully submitted,

>*/s/  Carson Young*
>Samuel F. Baxter
>Texas State Bar No. 01938000
>sbaxter@mckoolsmith.com
>Jennifer L. Truelove
>jtruelove@mckoolsmith.com
>MCKOOL SMITH P.C.
>104 East Houston, Suite 300
>Marshall, Texas 75670
>Telephone: (903) 923-9000
>Facsimile: (903) 923-9099
>
>John C. Briody
>jbriody@mckoolsmith.com
>Radu A. Lelutiu

rlelutiu@mckoolsmith.com
James H. Smith
jsmith@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Carson Young
Texas State Bar No. 24106613
cyoung@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Paul F. Ferguson, Jr.
cferguson@thefergusonlawfirm.com
THE FERGUSON LAW FIRM
350 Pine Street, Suite 1440
Beaumont, TX
Telephone: (409) 832-9700
Facsimile: (409) 832-9700

Paul Bartlett, Jr.
paul@paulbartlettjr.com
203 Zornia Drive
San Antonio, Texas 78213
Telephone: (210) 341-6703
Facsimile: (210) 525-8011

Nina Cortell
nina.cortell@haynesboone.com
Anne Johnson
anne.johnson@haynesboone.com
Ryan Paulsen
ryan.paulsen@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on this the 5th day of November, 2018.  Local Rule CV-5(a)(3)(A).

/s/ Sam Baxter