IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Red Lion Medical Safety, Inc., *et al.*<br><br>                                Plaintiffs,<br><br>     - against -<br><br>General Electric Company, *et al.*<br><br>                                Defendants. | Civil Action No. 2:15-cv-308-RWS |

## CERTIFICATE OF CONFERENCE

GE filed a Motion to Redact Trial Transcripts on June 23, 2020 (Docket No. 350). Counsel for GE has complied with the meet and confer requirements in Local Rule CV-7(h). Prior counsel for Plaintiffs has advised that they no longer represent Plaintiffs because their representation for this matter has concluded. As a result, prior counsel for Plaintiffs cannot state whether Plaintiffs oppose the motion.

Date:  June 24, 2020                                            Respectfully submitted,

*Christopher J. Schwegmann*
Christopher J. Schwegmann
Texas State Bar No. 24051315
cschwegmann@lynnllp.com
Christopher Patton
Texas State Bar No. 24083634
cpatton@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of this document was served upon all counsel of record via the Court's CM/ECF filing system on June 24, 2020.

                                            */s/ Christopher J. Schwegmann*
                                            Christopher J. Schwegmann